In the Matter of A.C.M.L., Plaintiff,

J.W.B. and K.R.B., Respondents,

v.

K.M.L. (Natural Mother), Defendant,

T.W.L. (Natural Father), Appellant.

No. WD 64923.

Missouri Court of Appeals,
Western District.

June 30, 2005.

Joshua Fay, Macon, MO, for appellant.

Elizabeth K. Magee, Columbia, MO, for respondents.

Jill R. Creed, Macon, MO, for plaintiff.

Before NEWTON, P.J.,
LOWENSTEIN and BRECKENRIDGE,
JJ.

### ORDER

PER CURIAM:

T.W.L. appeals the trial court's judgment terminating his parental rights on grounds of abandonment and permitting J.W.B. and K.R.B. to proceed with their adoption of A.C.M.L. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).